# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

138820

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

       SC: 138820
       COA: 273684
       Muskegon CC: 05-052051-FH

LEE MICHAEL STERHAN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 12, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, C.J., would grant leave to appeal for the reasons set forth in her opinion in *People v Idziak*, 484 Mich 549 (2009).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009                         _____

s1019                                   Clerk